# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH CHARLES PHILLIPS,
Appellant,
vs.
LISA MARIE PHILLIPS,
Respondent.

No. 72717

**FILED**

APR 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order addressing a motion to modify child support and alimony. Third Judicial District Court, Lyon County; John Schlegelmilch, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. By its terms, the order denies appellant's motion to reduce his child support obligation, temporarily reduces appellant's alimony obligation, and directs the parties to return in six months for review of both obligations. It appears, therefore, that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and it appears that the order is not amenable to certification pursuant to NRCP 54(b), as it appears that only one claim for relief has been asserted. *Mid-Century Ins. Co. v. Cherubini*, 95 Nev. 293, 593 P.2d 1068 (1979). The order is not a final resolution of appellant's motion to modify alimony and child support.

In addition, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*,

17-13375

100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order temporarily modifying child support and alimony.

We conclude, therefore, that we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. John Schlegelmilch, District Judge
Kenneth Charles Phillips
Lisa Marie Phillips
Third District Court Clerk